of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Melvin D. Wilson, Robert N. Miller,* and *Donald V. Hunter* for petitioner. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Messrs. Sewall Key, John MacC. Hudson, John G. Remey,* and *Charles E. Wyzanski, Jr.,* for respondent.

No. 620. MULLONEY *v.* UNITED STATES. January 6, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Romney Spring* for petitioner. *Solicitor General Reed, Assistant Attorney General Keenan,* and *Mr. W. Marvin Smith* for the United States.

No. 631. RAILWAY ENGINEERING EQUIPMENT Co. ET AL. *v.* OREGON SHORT LINE R. Co. January 6, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. Wallace R. Lane, Hervey S. Knight,* and *Ralph M. Snyder* for petitioners. *Mr. L. B. Mann* for respondent.